

## ATTORNEY'S RECEIPT FOR TRANSCRIPT AND PAPERS on DVD
[TEX. R. APP. P. 12.4]

I acknowledge receipt from the Clerk of the Eleventh Court of Appeals at Eastland, Texas, the Transcript and/or Papers on DVD in the following case, to-wit:

No. 11-15-00190-CR

### In re Michael E. Geiger

☑ Transcript and/or papers withdrawn on DVD on June 2, 2017

( ) Clerk's Record –

( ) Reporter's Record –

( ) Exhibits –

(x) Other – Mandamus; Mandamus Denial LTR; MRH; MRH Denial LTR;

Docket Sheet

Khristel L. Trujillo    recvd 6/5/17
Khristel L. Trujillo
512-475-2074
Administrative Assistant III
Office of the Attorney General
Criminal Appeals Division
William P. Clements Building, 8th Floor
300 West 15th Street
Austin, TX 78701

### PLEASE SIGN AND RETURN THIS RECEIPT IMMEDIATELY *VIA FAX* TO:

Sherry Williamson, Clerk
11th Court of Appeals
**Fax No. 254-629-2191**

11-242-CR
CR - 2 volumes
SCR
RR - 8 volumes
APP Brief
STA Brief
Opinion
Jmnt
MRH
PDR
CCA Notice
MRH
Docket Sheet

16-021-CR
NOA
New Case LTR
Response
Opinion
Judgment
MRH
Docket Sheet

15-190-CR
Mandamus
LTR (Denied Mandamus)
MRH
LTR (Denied MRH)
Docket Sheet

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

June 1, 2017

Sherri Williamson Clerk
11th Court of Appeals
100 West Main 5th Floor
Eastland, Texas 76448-0271

Re: Michael E. Geiger

11-16-00021-CR
11-11-00242-CR
11-15-00190-CR

Dear Ms. Williamson:

This letter is to request the above referenced appeal file. In order to adequately respond to the above petitioners' complaints, I need the entire appellate files in each cause, including, but not limited to, the following:

1. Statement of facts for the trial, pre-trial and post-trial hearing;

2. Transcripts (trial court);

3. Appellate briefs, appellant's and appellee's initial and responsive or supplementary;

4. Opinion(s) of the 11th Court of Appeals;

5. Motion rehearing, if any, and responsive pleadings thereto, if any;

6. Petition for Discretionary Review;

7. Briefs filed in connection with Petition for Discretionary Review; and

8. Opinions or orders of the Court of Criminal Appeals issued Response to the Petition for Discretionary Review.



Sherri Williamson, Clerk
11th Court of Appeals
Page Two

These records are needed and therefore you may send them to my attention at the address listed below. If you should have any questions, feel free to call (512) 475-2074.

Thank you for your kind assistance in this matter.

Sincerely,

Khristel L. Trujillo
Administrative Assistant III
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. - 8th Floor
300 W. 15th Street
Austin, TX 78701